J S - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYMEYON V. HILL,<br><br>              Plaintiff,<br><br>    v.<br><br>DR. IKHIMIUKOR, ET AL.,<br><br>              Defendants. | No. ED CV 23-972-JLS(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  January 5, 2024.

_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE